| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HALL, Cynthia H | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 125 S. Grand Avenue, Suite 603 Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

May 19 11 24 AM '04

RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ N●NE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, Cynthia H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. LBO INVESTMENT PARTNERSHIP | D | Interest | N | T | | | | | |
| 2. FEDERATED MONEY MARKET (RBC) | A | Dividend | K | T | | | | | |
| 3. BANK OF AMERICA PASADENA, CA CHECKING | A | Interest | J | T | | | | | |
| 4. SAN JOSE CA ARPT REV MBIA DUE 2006 | B | Interest | | | REDEMPTION | 03/03 | L | | |
| 5. BREITBURN ENERGY CO | A | Interest | J | W | | | | | |
| 6. IRA - RBC (AGGREGATE) | C | Dividend | K | T | | | | | See Note #1 on Part VIII |
| 7. PUBLIC STORAGE INC | | | | | | | | | See Note #1 on Part VIII |
| 8. SOVRAN SELF STORAGE | | | | | | | | | See Note #1 on Part VIII |
| 9. TREASURY CERTS. SER T 2012 | | None | - | | REDEMPTION | 05/15 | J | | |
| 10. GREAT HALL INTT FDS | | | | | | | | | See Note #1 on Part VIII |
| 11. EQCC HOME EQUITY | A | Interest | | | REDEMPTION | 10/15 | J | | |
| 12. NEW PERSPECTIVE FUND INC | B | Dividend | N | T | | | | | |
| 13. FUNDAMENTAL INVESTORS INC | D | Dividend | O | T | | | | | |
| 14. EURO PACIFIC GROWTH FUND | C | Dividend | N | T | | | | | |
| 15. BURBANK GLENDALE PASADENA ARPT AUTH | B | Interest | K | T | | | | | |
| 16. PLEASANT HILL CA MFMR RFDG HSG DUE 2020 | C | Interest | L | T | | | | | |
| 17. (Ameritrade) ADVANCED FIBRE COM | | None | | | SELL | 08/06 | J | A | |
| 18. VONTOBEL FDS | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, Cynthia H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ADC TELECOM INC | | None | | | SELL | 07/17 | J | | |
| 20. PAYDEN INVT GROUP | E | Dividend | O | T | | | | | |
| 21. VANGUARD INDEX | C | Dividend | N | T | | | | | |
| 22. QUALCOMM INC | A | Dividend | | | SELL | 07/21 | J | | |
| 23. ARM HOLDINGS PLC-SPONS | | None | | | SELL | 04/04 | J | | |
| 24. TICKETMASTER ONLINE - CITY | | None | | | SELL | 01/17 | J | | |
| 25. (Ameritrade) WEBMD CORP | | None | J | T | | | | | |
| 26. TRIZETTO GRP | | None | | | BUY | 06/10 | J | | |
| 27. | | | | | SELL | 08/06 | J | | |
| 28. EDISON SCHS INC | | None | | | SELL | 11/17 | J | | |
| 29. MONEY MARKET (Ameritrade) | A | Interest | J | T | | | | | |
| 30. SADDLEBACK COM COL DIST CA DUE 2004 | B | Interest | L | T | | | | | |
| 31. PASADENA CA ELECT REV BONDS DUE 2004 | B | Interest | L | T | | | | | |
| 32. LA CA MUNI IMP SERIES D DUE 2008 | B | Interest | L | T | | | | | |
| 33. LA CO CA MTA - PROP A DUE 2011 | B | Interest | L | T | | | | | |
| 34. PLEASANT HILL CA JT PWRS SER A DUE 2012 | B | Interest | K | T | | | | | |
| 35. SAN JOSE CA REDEV MERGED AREA DUE 2017 | B | Interest | K | T | | | | | |
| 36. GLENDALE CA USD GEN OBLIG SER B DUE 2018 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, Cynthia H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. SAN RAFAEL REDEV AGY CA DUE 2022 | B | Interest | K | T | | | | | |
| 38. UNIV OF CA (UC DAVIS MC) SER 1996 DUE 2024 | C | Interest | L | T | | | | | |
| 39. LAKE TAHOE CA USD SER A DUE 2024 | B | Interest | K | T | | | | | |
| 40. CAL ST UNIV FDN SACRAMENTO AUX DUE 2027 | B | Interest | K | T | | | | | |
| 41. CAL POLL CTL SO CA EDISON SER A DUE 2029 | C | Interest | L | T | | | | | |
| 42. GOLDMAN SACHS GRP | A | Dividend | J | T | | | | | |
| 43. MORGAN ST COM | A | Dividend | J | T | | | | | |
| 44. RF MICRO DEVICES INC | | None | | | SELL | 06/16 | J | | |
| 45. LANOPTICS LTD | | None | J | T | | | | | |
| 46. JONES APPAREL GROUP INC | A | Dividend | J | T | BUY | 06/10 | J | | |
| 47. MTR GAMING GROUP INC | | None | J | T | | | | | |
| 48. OIL STATES INTL INC | | None | J | T | | | | | |
| 49. SIEBEL SYSTEMS INC | | None | | | SELL | 08/06 | J | | |
| 50. METRO WTR DIST SO CA SERIES A 1998 DUE 2022 | C | Interest | | | SELL | 06/09 | M | C | |
| 51. SAN FRANCISCO CA CITY & CNTY ARPTS ISSUE 20 DUE 2026 | B | Interest | | | SELL | 06/09 | L | C | |
| 52. SAN JOSE CA USD SANTA CLARA SER D GEN OBLIG DUE 2025 | D | Interest | M | T | | | | | |
| 53. SAN FRANCISCO CA BAY AREA RTD DUE 2021 | D | Interest | M | T | | | | | |
| 54. POWAY REDEV AGY (PAGUAY REDEV PROJ) DUE 2022 | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HALL, Cynthia H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LOS ANGELES CA USD SER B DUE 2023 | D | Interest | N | T | | | | | |
| 56. CALIF COMMUNITY COLLEGE FIN AUTHORITY BONDS DUE 2015 | C | Interest | M | T | | | | | |
| 57. CALIF COMMUNITY COLLEGE FIN AUTHORITY BONDS DUE 2019 | B | Interest | K | T | | | | | See Note #2 on Part.VIII |
| 58. SAN JOSE CA ARPT REV SER A DUE 2031 | B | Interest | | | SELL | 06/09 | L | B | |
| 59. IRA (RBC) (In Aggregate) NUVEEN QUAL PREF INC FUND | | | | | | | | | See Note #1 on Part VIII |
| 60. IRA (RBC) (In Aggregate) CITIGROUP INC LITIGATION WTS | | | | | | | | | See Note #1 on Part VIII |
| 61. (Ameritrade) NEW CENTURY FIN CORP COM | A | Dividend | K | T | BUY | 04/10 | J | | |
| 62. UST INC COM | B | Dividend | K | T | BUY | 01/17 | J | | |
| 63. SKECHERS | | None | | | SELL | 03/04 | J | | |
| 64. OAKLEY INC COM | | None | | | SELL | 01/16 | J | | |
| 65. PMC-SIERRA INC COM | | None | | | SELL | 08/06 | J | | |
| 66. SKYWORKS SOLUTIONS INC COM | | None | | | SELL | 06/16 | J | A | |
| 67. SAFEWAY INC | | None | | | SELL | 04/28 | J | C | See Note #3 on Part VIII |
| 68. (Ameritrade) CANDIES | | None | J | T | BUY | 11/18 | J | | |
| 69. COUNTRYWIDE FINANCIAL CORP COM | A | Distribution | K | T | BUY | 01/15 | J | | |
| 70. | | | | | BUY | 01/29 | J | | |
| 71. | | | | | BUY | 07/25 | J | | |
| 72. FEDERAL HOME LOAN MTG CORP COM | A | Dividend | J | T | BUY | 06/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, Cynthia H | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. GENERAL DYNAMICS CORP COM | A | Dividend | J | T | BUY | 04/10 | J | | |
| 74. OCCIDENTAL PETE CORP DEL COM | | None | J | T | BUY | 09/15 | J | | |
| 75. PFIZER | A | Dividend | J | T | BUY | 06/18 | J | | |
| 76. | | | | | BUY | 08/22 | J | | |
| 77. QUICKSILVER INC COM | | None | J | T | BUY | 06/12 | J | | |
| 78. RPM INTERNATIONAL INC COM | A | Dividend | J | T | BUY | 06/05 | J | | |
| 79. VICRO MFG CO COM | | None | J | T | BUY | 10/06 | J | | |
| 80. IRA (RBC) (In Aggregate) NUVEEN PREF & CONV INC FUND 2 | | | | | BUY | 06/25 | J | | See Note #1 on Part VIII |
| 81. CONTRA COSTA CA WTR REV, 5.5%, DUE 10/01/13 | C | Interest | M | T | BUY | 07/31 | M | | |
| 82. CULVER CITY CA REDEV AGY, 4.75%, DUE 11/01/13 | B | Interest | L | T | BUY | 06/10 | L | | |
| 83. CA COMMUNITY COLLEGE UNREFBAL BONDS, 4.625%, DUE 10/01/19 | | None | K | T | EXCHANGE | 10/09 | K | | See Note #2 on Part VIII |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

#1)  On Part VII, the dividends and market value of lines 7 (PUBLIC STORAGE INC), 8 (SOVRAN SELF STORAGE), 10 (GREAT HALL INT'T FDS), 59 (IRA RBC In Aggregate NUVEEN QUAL PREF INC FUND), 60 ( (IRA RBC In Aggregate CITIGROUP INC LITIGATION WTS), and 80 (IRA RBC In Aggregate NUVEEN PREF & CONV INC FUND 2) are presented in aggregate under line 6 (IRA-RBC AGGREGATE).

#2)  On Part VII, 70% of the CALIF COMMUNITY COLLEGE FIN AUTHORITY BONDS DUE 2019 (line 57) was exchanged for the security CA COMMUNITY COLLEGE UNREF BAL BONDS, 4.625%, DUE 10/01/19 (line 83).

#3)  On Part VII, line 67, SAFEWAY INC  was inadvertantly removed from the 2002 report. However, this issue was addressed to the Committee on Financial Discosure and resolved in a letter dated May 20, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ⟶ [signature redacted]

Date 5 – 11 – 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544